This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Randy Burton v. Mac's Convenience Stores LLC d/b/a Circle K

| | |
|---|---|
| Case Number | 03C01-2204-CT-001802 |
| Court | Bartholomew Circuit Court |
| Type | CT - Civil Tort |
| Filed | 04/06/2022 |
| Status | 04/06/2022 , Pending  (active) |

## Parties to the Case

Defendant   Mac's Convenience Stores LLC d/b/a Circle K

Address
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

Attorney
Michelle Lynn Casper
*#2613545, Retained*

Ulmer & Berne LLP
65 East State Street, Suite 1100
Columbus, OH 43215-4213
614-229-0036(W)

Plaintiff   Burton, Randy

Attorney
Daniel Gore
*#3132253, Retained*

104 S. Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

| 04/06/2022 | **Case Opened as a New Filing** | |
|---|---|---|

| 04/06/2022 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint for Damages | |
| | Filed By: | Burton, Randy |
| | File Stamp: | 04/06/2022 |

| 04/06/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Burton, Randy |
| | File Stamp: | 04/06/2022 |

EXHIBIT

F

| 04/06/2022 | **Subpoena/Summons Issued** | |
| | Summons to Mac's Convenience Stores | |
| | Party: | Burton, Randy |
| | File Stamp: | 04/06/2022 |

| 04/20/2022 | **Service Returned Served (E-Filing)** | |
| | Return of Service on Mac's Convenience Stores | |
| | Filed By: | Burton, Randy |
| | File Stamp: | 04/20/2022 |

| 05/04/2022 | **Appearance Filed** | |
| | Notice of Appearance | |
| | For Party: | Mac's Convenience Stores LLC d/b/a Circle K |
| | File Stamp: | 05/04/2022 |

| 05/04/2022 | **Answer Filed** | |
| | Answer & Affirmative Defenses filed by defendant Mac's | |
| | Filed By: | Mac's Convenience Stores LLC d/b/a Circle K |
| | File Stamp: | 05/04/2022 |

| 05/04/2022 | **Request for Production** | |
| | Notice of Service of Discovery to Plaintiff | |
| | Party: | Mac's Convenience Stores LLC d/b/a Circle K |
| | File Stamp: | 05/04/2022 |

| 05/05/2022 | **Motion for Mediation Filed** | |
| | Motion for Mediation Order | |
| | Filed By: | Burton, Randy |
| | File Stamp: | 05/05/2022 |

| 05/05/2022 | **Motion for Pretrial Conference Filed** | |
| | Motion for PTC | |
| | File By: | Burton, Randy |
| | File Stamp: | 05/05/2022 |

| 05/05/2022 | **Motion Filed** | |
| | Motion for Trial Date | |
| | Filed By: | Burton, Randy |
| | File Stamp: | 05/05/2022 |

| 05/10/2022 | **Order for Hearing** | |
| | Order setting telephonic pre-trial conference. | |
| | Judicial Officer: | Benjamin, Kelly S |
| | Order Signed: | 05/05/2022 |

| 05/10/2022 | **Hearing Scheduling Activity** | |
| | Telephonic Attorney Conference scheduled for 07/11/2022 at 4:00 PM. | |

| 05/10/2022 | **Order Granting** | |
| | Order Granting Motion for Mediation. | |
| | Judicial Officer: | Benjamin, Kelly S |
| | Order Signed: | 05/05/2022 |

| 05/11/2022 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order for Hearing ---- 5/10/2022 : Daniel Gore;Michelle Lynn Casper Hearing Scheduling Activity ---- 5/10/2022 : Daniel Gore;Michelle Lynn Casper Order Granting ---- 5/10/2022 : Daniel Gore;Michelle Lynn Casper |

| 07/11/2022 | **Telephonic Attorney Conference** |
|---|---|
| | Session: |
| | 07/11/2022 4:00 PM, Judicial Officer: Benjamin, Kelly S |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Burton, Randy

Plaintiff

**Balance Due** (as of 06/02/2022)

**0.00**

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/06/2022 | Transaction Assessment | 157.00 |
| 04/06/2022 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

STATE OF INDIANA       )       IN THE BARTHOLOMEW     COURT
                          ) SS:
COUNTY OF BARTHOLOMEW  )      CAUSE NO.    03C01-2204-CT-001802

RANDY BURTON

     VS.

MAC'S CONVENIENCE STORES LLC
d/b/a CIRCLE K

## **COMPLAINT FOR DAMAGES**

Comes now the plaintiff, Randy Burton, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Mac's Convenience Stores LLC d/b/a Circle K, alleges and says:

1.    That on or about March 8, 2022, the plaintiff, Randy Burton, was a customer at the Circle K store located at 10080 US-31, in Taylorsville, Bartholomew County, Indiana.

2.    That on or about March 8, 2022, the plaintiff, Randy Burton, slipped and fell on liquid on the floor at said location, causing the plaintiff to suffer serious injuries.

3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8.      That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.      That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10.      That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:    *s/ Daniel Gore*
        Daniel Gore, #31322-53
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: dgore@kennunn.com

-3-

## **<u>REQUEST FOR TRIAL BY JURY</u>**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY:   <u>*s/ Daniel Gore*</u>
       Daniel Gore, #31322-53
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: dgore@kennunn.com

Daniel Gore, #31322-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:  812-331-5321
Attorney for Plaintiff

## APPEARANCE FORM (CIVIL)
### Initiating Party

|  |  |  |
|---|---|---|
| | CAUSE NO: | 03C01-2204-CT-001802 |
| 1. | Name of first initiating party | Randy D. Burton<br>30 N Eisenhower Drive<br>Edinburgh, IN  46124 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Daniel Gore #31322-53<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:        812 332-9451<br>FAX:            812 331-5321<br>Email:  dgore@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

 s/Daniel Gore
_____
Attorney-at-Law
(Attorney information shown above.)

Case 1:22-cv-01136-RLY-MJD  Document 1-6  Filed 04/13/22  Page 8 of 28 PageID #: 22

03C01-2204-CT-001802
Bartholomew Circuit Court

Filed: 4/6/2022 2:53 PM
Clerk
Bartholomew County, Indiana

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF BARTHOLOMEW
STATE OF INDIANA
P.O. BOX 924
COLUMBUS, IN 47202
TELEPHONE: (812) 379-1600

Randy Burton

Plaintiff(s)

03C01-2204-CT-001802

VS.

No. _____

Mac's Convenience Stores LLC d/b/a Circle K

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Mac's Convenience Stores LLC, c/o Corporation Service Company, 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 4/6/2022

_____
CLERK, BARTHOLOMEW CIRCUIT/SUPERIOR COURT

DANIEL GORE, #31322-53
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, IN  47404
TELEPHONE: (812) 332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____ 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX          By certified or registered mail with return receipt to above address.

☐          By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐          By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐          By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _/s/ DANIEL GORE_____ _____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the ___ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this ___ day of _____, 2022.

_____
CLERK, BARTHOLOMEW CIRCUIT/SUPERIOR COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the ___ day of ___ _____, 2022, and that a copy of the return of receipt was received by me on the ___ day of _____, 2022, which copy is attached herewith.

_____
CLERK, BARTHOLOMEW CIRCUIT/SUPERIOR COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the ___ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of BARTHOLOMEW County, Indiana.

Dated this ___ day of _____, 2022.

_____
CLERK, BARTHOLOMEW CIRCUIT/SUPERIOR COURT

**RETURN OF SUMMONS:**  This summons came to hand on the ___ day of _____, 2022, and I served the same on the ___ day of _____, 2022.

1.    By mailing a copy of the summons and complaint personally to _____ address _____.
2.    By delivering a copy of summons and complaint personally to _____.
3.    By leaving a copy of the summons and complaint at _____ t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2 022 to _____ h is last known address.
4.    By serving his agent as provided by rule, statute or valid agreement to-wit:_____
____.
5.    Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ___ day of _____, 2022.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1.    By delivery on the ___ day of _____, 2 022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____
2.    By leaving on the ___ day of _____, 2 022 for each of the within named defendant(s)_____
_, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3.    _____ a nd by mailing a copy of the summons without the complaint to _____ at _____ t he last known address of defendant(s).

All done in BARTHOLOMEW County, Indiana.

Fees:  $_____

_____
SHERIFF or DEPUTY


**UNITED STATES**
**POSTAL SERVICE.**

Mailer: Ken Nunn Law Office

Date Produced: 04/18/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8372 2088 22. Our records indicate that this item was delivered on 04/11/2022 at 10:10 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MACS CONVENIENCE STORES LLC
C/O: CORPORATION SERVICE COMPANY
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

Customer Reference Number:          C3346348.19536452

Return Reference Number              Randy Burton

USPS MAIL PIECE TRACKING NUMBER:  42046204921489019403837220822

MAILING DATE:    04/07/2022

DELIVERED DATE:   04/11/2022

CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

    MACS CONVENIENCE STORES LLC
    C/O: CORPORATION SERVICE COMPANY
    STE 1610
    135 N PENNSYLVANIA ST
    INDIANAPOLIS IN 46204-2448


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 04/07/2022 14:10 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 04/08/2022 22:13 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 04/08/2022 23:28 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 04/11/2022 09:24 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 04/11/2022 09:35 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 04/11/2022 10:10 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

Attorney No. 26135-45

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01-2204-CT-001802 |

| | |
|---|---|
| RANDY BURTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MAC'S CONVENIENCE STORES, | ) |
| LLC, d/b/a Circle K | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification: Initiating** \_\_\_\_\_  **Responding** \_\_X\_\_  **Intervening** \_\_\_\_

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following member(s):

   **Mac's Convenience Stores, LLC**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   Michelle L. Casper, Esq.                Atty. No. 26135-45
   Ulmer & Berne LLP                       Phone:  (614) 229-0036
   65 East State Street, Suite 1100        Fax:  (614) 229-0037
   Columbus, Ohio 43215                    E-mail:  mcasper@ulmer.com

3. There are other party members:  Yes \_\_   No \_X\_ (If yes, list on continuation page.)

4. **If first initiating party filing this case,** the Clerk if requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

5. I will accept service by FAX and EMAIL at the above noted number and e-mail address:
   Yes \_\_X\_\_   No _____

6. This case involves support issues.  Yes \_\_\_\_          No \_\_\_X\_\_\_\_
   (If yes, supply social security numbers for all family members on continuation page.)

7. There are related cases:  Yes _____   No \_X\_\_\_\_  (If yes, list on continuation page)

8.      This form has been served on all other parties.  Certificate of Service is attached:

Yes ___X_____          No _____

9.      Additional information required by local rule:  _____None_____

/s/ Michelle L. Casper_____
Michelle L. Casper
Attorney-at-Law
Attorney information shown above

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of Court

using the IEFS system which sent notification of such filing to the following attorneys of record:

Daniel Gore
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
dgore@kennunn.com
*Attorney for Plaintiff*

/s/ Michelle L. Casper_____
Michelle L. Casper

Attorney No. 26135-45

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01-2204-CT-001802 |

| | |
|---|---|
| RANDY BURTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MAC'S CONVENIENCE STORES, | ) |
| LLC, d/b/a Circle K, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT, MAC'S CONVENIENCE STORES, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, Mac's Convenience Stores, LLC ("Mac's"), by and through its attorney, Michelle L. Casper of Ulmer & Berne LLP, and for its answer to Plaintiff's Complaint, states as follows:

1.      That on or about March 8, 2022, the plaintiff, Randy Burton, was a customer at the Circle K store located at 10080 US-31, in Taylorsville, Bartholomew County, Indiana.

**ANSWER:    Mac's admits the allegations contained in Paragraph 1 of Plaintiff's Complaint for Damages.**

2.      That on or about March 8, 2022, the plaintiff, Randy Burton, slipped and fell on liquid on the floor at said location, causing the plaintiff to suffer serious injuries.

**ANSWER:    Mac's denies the allegations contained in Paragraph 2 of Plaintiff's Complaint for Damages.**

3.      That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from

all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or

present an unreasonable risk of harm to plaintiff in her lawful use of same.

> **ANSWER:   Mac's admits only those duties imposed by law. Answering further, Mac's denies that Plaintiff has accurately articulated a legal duty owed by Defendant to Plaintiff by Mac's and further denies any and all allegations of negligence or wrongdoing.**

4.      That it was the duty of the defendant to exercise reasonable care to protect

plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable

injury occurring from reasonably foreseeable use of said premises.

> **ANSWER:   Mac's admits only those duties imposed by law. Answering further, Mac's denies that Plaintiff has accurately articulated a legal duty owed by Defendant to Plaintiff by Mac's and further denies any and all allegations of negligence or wrongdoing.**

5.      That it was the duty of the defendant to have available sufficient personnel and

equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe

for plaintiff and free from defects and conditions rendering the premises unsafe.

> **ANSWER:   Mac's admits only those duties imposed by law. Answering further, Mac's denies that Plaintiff has accurately articulated a legal duty owed by Defendant to Plaintiff by Mac's and further denies any and all allegations of negligence or wrongdoing.**

6.      That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe

condition existing on said premises.

> **ANSWER:   Mac's admits only those duties imposed by law. Answering further, Mac's denies that Plaintiff has accurately articulated a legal duty owed by Defendant to Plaintiff by Mac's and further denies any and all allegations of negligence or wrongdoing.**

7.      That the defendant knew or should have known of the unreasonable risk of danger

to the plaintiff but failed either to discover it or to correct it after discovery.

> **ANSWER:   Mac's denies the allegations contained in Paragraph 7 of Plaintiff's Complaint for Damages.**

8.      That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

> **ANSWER:   Mac's denies the allegations contained in Paragraph 8 of Plaintiff's Complaint for Damages.**

9.      That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

> **ANSWER:   Mac's denies the allegations contained in Paragraph 9 of Plaintiff's Complaint for Damages.**

10.      That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

> **ANSWER:   Mac's denies the allegations contained in Paragraph 10 of Plaintiff's Complaint for Damages.**

WHEREFORE, Defendant, Mac's Convenience Stores, LLC, prays that Plaintiff takes nothing by way of his Complaint, and Defendant seeks costs for defending this action, including attorneys' fees, and for all other just and proper relief.

## AFFIRMATIVE DEFENSES

Defendant, Mac's Convenience Stores, LLC ("Mac's"), by and through its attorney, Michelle L. Casper of Ulmer & Berne LLP, and for its Affirmative Defenses to Plaintiff's Complaint, states as follows:

## FIRST AFFIRMATIVE DEFENSE:

Defendant, Mac's, for its answer and first defense to Plaintiff's Complaint states that before and at the time of the occurrence alleged in Plaintiff's Complaint for Damages, Plaintiff

Randy Burton was under a duty to exercise ordinary care for his own safety and that if Plaintiff Randy Burton was injured and sustained damages as alleged in the Complaint, then the injuries and damages were sustained as a direct and proximate result of his breach of this duty when he committed one or more of the following negligent acts and/or omissions:

    (a)     Failed to keep a proper look out; and;

    (b)     Failed to notice an open and obvious condition; and/or;

    (c)     Fell on a surface that was dry and clean; and;

    (d)     Was otherwise careless or negligent at the time of the incident.

### SECOND AFFIRMATIVE DEFENSE:

Defendant, Mac's, for its answer and second defense to Plaintiff's Complaint states that the fault of the Plaintiff, Randy Burton, including negligence, incurred risk, assumed risk, and failure to mitigate damages, proximately caused or contributed to cause Plaintiff's alleged damages, and by reason thereof, the compensatory damages alleged by the Plaintiff must be reduced by the proportion the contributory fault bears to the total fault involved in the incident.

### THIRD AFFIRMATIVE DEFENSE:

Defendant, Mac's, for its answer and third defense to Plaintiff's Complaint states that Plaintiff has failed to state a claim upon which relief can be granted.

### FOURTH AFFIRMATIVE DEFENSE:

Defendant, Mac's, for its answer and fourth defense to Plaintiff's Complaint states that all or part of Plaintiff's claimed damages have been paid by a collateral source other than Plaintiff and are therefore not subject to recovery from defendant.

**FIFTH AFFIRMATIVE DEFENSE:**

Defendant, Mac's, for its answer and fifth defense to Plaintiff's Complaint states that Plaintiff may have failed to mitigate his damages, if in fact such damages exit.

WHEREFORE, the Defendant, Mac's Convenience Stores, LLC, prays that Plaintiff takes nothing by way of his Complaint, for costs of this action, including attorneys' fees and for all other just and proper relief.

Respectfully submitted,

Ulmer & Berne LLP
150 N. 65 East State Street, Suite 1100
Columbus, Ohio 43215
(312) 894-3200
mcasper@ulmer.com

/s/Michelle L. Casper
Michelle L. Casper, Attorney for Defendant,
Mac's Convenience Stores, LLC
Atty. No. 26135-45

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of Court using the Odyssey system which sent notification of such filing to the following attorney of record:

Daniel Gore
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
dgore@kennunn.com
*Attorney for Plaintiff*

/s/ Michelle L. Casper
Michelle L. Casper

Filed: 5/4/2022 3:44 PM
Bartholomew Circuit Court
Bartholomew County, Indiana

Attorney No. 26135-45

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01-2204-CT-001802 |

| | |
|---|---|
| RANDY BURTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MAC'S CONVENIENCE STORES, | ) |
| LLC, d/b/a Circle K, | ) |
| | ) |
| Defendant. | ) |

## JURY DEMAND

Defendant, Mac's Convenience Stores, LLC, demands trial by jury.

Respectfully submitted,

BY:   _/s/ Michelle L. Casper_

Michelle L. Casper, Attorney for
Mac's Convenience Stores, LLC

Michelle L. Casper
Ulmer & Berne LLP
65 East State Street, Suite 1100
Columbus, OH 43215-4213
Tel. 614-229-0036; Fax 614-229-0037
mcasper@ulmer.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of Court using the Odyssey system which sent notification of such filing to the following attorneys of record:

Daniel Gore
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
dgore@kennunn.com

_/s/ Michelle L. Casper_

Michelle L. Casper

Attorney No. 26135-45

| STATE OF INDIANA | ) | IN THE BARTHOLOMEW COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01-2204-CT-001802 |

| | |
|---|---|
| RANDY BURTON, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|        vs. | ) |
| | ) |
| MAC'S CONVENIENCE STORES, | ) |
| LLC, d/b/a Circle K | ) |
| | ) |
|        Defendant. | ) |

### *<u>NOTICE OF SERVICE OF DISCOVERY REQUESTS AND REQUEST TO ADMIT TO PLAINTIFF, RANDY BURTON, PROPOUNDED BY DEFENDANT, MAC'S CONVENIENCE STORES, LLC d/b/a CIRCLE K</u>*

Please take notice that on May 4, 2022, Defendant, Mac's Convenience Stores, LLC, d/b/a Circle K, by and through the undersigned counsel, served its Interrogatories, Requests for Production of Documents and a Request to Admit to Plaintiff by serving Plaintiff's counsel by electronic mail.

Respectfully submitted,

/s/ *Michelle L. Casper*

Michelle L. Casper, #26135-45
Ulmer & Berne LLP
65 East State Street, Suite 1100
Columbus, OH 43215-4213
Tel. 614-229-0036; Fax 614-229-0037
mcasper@ulmer.com

*Attorney for Defendant, Mac's Convenience Stores, LLC d/b/a Circle K*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of Court

using the IEFS system which sent notification of such filing to the following attorneys of record:

Daniel Gore
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
dgore@kennunn.com
*Attorney for Plaintiff*

*/s/ Michelle L. Casper*
Michelle L. Casper

STATE OF INDIANA                )        IN THE BARTHOLOMEW CIRCUIT COURT
                                ) SS:
COUNTY OF BARTHOLOMEW           )        CAUSE NO. 03C01-2204-CT-001802

RANDY BURTON

     VS.

MAC'S CONVENIENCE STORES LLC
d/b/a CIRCLE K

## MOTION FOR MEDIATION ORDER

     Comes now the plaintiff, by counsel, Daniel Gore, and respectfully requests that the Court enter an Order requiring the parties to mediate this case.

                        Respectfully submitted,
                        KEN NUNN LAW OFFICE

By:     */s/ Daniel Gore*_____
           Daniel Gore, #31322-53
           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on the 5th day of May, 2022 a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Michelle L. Casper
Ulmer & Berne LLP
65 East State Street
Suite 1100
Columbus, OH  43215

                        Respectfully submitted,
                        KEN NUNN LAW OFFICE

By:     */s/ Daniel Gore*_____
           Daniel Gore, #31322-53
           Attorney for Plaintiff

Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451

Filed: 5/5/2022 9:22 AM
Bartholomew Circuit Court
Bartholomew County, Indiana

STATE OF INDIANA          )        IN THE BARTHOLOMEW CIRCUIT COURT
                             ) SS:
COUNTY OF BARTHOLOMEW    )       CAUSE NO. 03C01-2204-CT-001802

RANDY BURTON

      VS.

MAC'S CONVENIENCE STORES LLC
d/b/a CIRCLE K

## MOTION FOR PRE-TRIAL CONFERENCE

      Comes now the plaintiff, by counsel, Daniel Gore, and respectfully requests the

Court to set a telephonic pre-trial conference in this cause of action, in order to set

appropriate trial deadlines.

Respectfully submitted,
KEN NUNN LAW OFFICE

By:     */s/ Daniel Gore* _____
Daniel Gore, #31322-53
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2022 a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Michelle L. Casper
Ulmer & Berne LLP
65 East State Street
Suite 1100
Columbus, OH  43215

Respectfully submitted,
KEN NUNN LAW OFFICE

By:     */s/ Daniel Gore* _____
Daniel Gore, #31322-53
Attorney for Plaintiff

Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451

Filed: 5/5/2022 9:22 AM
Bartholomew Circuit Court
Bartholomew County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01-2204-CT-001802 |

RANDY BURTON

     VS.

MAC'S CONVENIENCE STORES LLC
d/b/a CIRCLE K

## <u>MOTION FOR TRIAL DATE</u>

Comes now the plaintiff, by counsel, Daniel Gore, and respectfully requests as follows:

1.     That this matter be set for jury trial.

2.     That the date be established by the Court at the telephonic pre-trial conference that is being requested simultaneously with the filing of this Motion.

Respectfully submitted,
KEN NUNN LAW OFFICE

By:      */s/ Daniel Gore* _____
            Daniel Gore, #31322-53
            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2022 a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Michelle L. Casper
Ulmer & Berne LLP
65 East State Street
Suite 1100
Columbus, OH  43215

Respectfully submitted,
KEN NUNN LAW OFFICE

By:      */s/ Daniel Gore* _____
            Daniel Gore, #31322-53
            Attorney for Plaintiff

Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451

STATE OF INDIANA         )        IN THE BARTHOLOMEW CIRCUIT COURT

                          ) SS:

COUNTY OF BARTHOLOMEW     )        CAUSE NO. 03C01-2204-CT-001802

RANDY BURTON

     VS.

MAC'S CONVENIENCE STORES LLC
d/b/a CIRCLE K

## ORDER GRANTING MOTION FOR PRE-TRIAL CONFERENCE

       Comes now the plaintiff, by counsel, Daniel Gore, and files Motion for a telephonic Pre-Trial Conference in order to set appropriate trial deadlines.

       And the Court having considered such motion and being otherwise duly advised in the premises now grants same.

       **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this matter be set for a telephonic pre-trial conference on the 11th day of _____July_____, 2022 at 4:00 o'clock p.m.  Plaintiff's counsel will initiate the call.

       **ALL OF WHICH IS ORDERED** _____ day of ___May 5, 2022___, _____,

_____
Judge                             TJ

DISTRIBUTE TO:
Daniel Gore
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404

Michelle L. Casper
Ulmer & Berne LLP
65 East State Street
Suite 1100
Columbus, OH  43215

STATE OF INDIANA                    )          IN THE BARTHOLOMEW CIRCUIT COURT
                                    ) SS:
COUNTY OF BARTHOLOMEW               )          CAUSE NO. 03C01-2204-CT-001802

RANDY BURTON

     VS.

MAC'S CONVENIENCE STORES LLC
d/b/a CIRCLE K

## <u>ORDER TO MEDIATE</u>

     Comes now the plaintiff, by counsel, Daniel Gore, and files Motion for mediation Order.

     And the Court having considered such motion and being otherwise duly advised in the premises now grants same.

     **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the parties shall mediate this case.

     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that parties shall agree on a mediator within 30 days from the date of this Order.

     **ALL OF WHICH IS ORDERED**_____**May 5, 2022**_____.

_____
Judge, Bartholomew Circuit Court

DISTRIBUTE TO:

Daniel Gore, Ken Nunn Law Office, 104 South Franklin Road, Bloomington, IN  47404  (812) 332-9451
Michelle L. Casper, Ulmer & Berne LLP, 65 East State Street, Suite 1100, Columbus, OH  43215